FILED

# NOTICE AND DEMAND OF SOVEREIGN STANDING

Quentin L. Bessent, sui juris
c/o: 5009 Lee Ave
Ona Florida
(33865)

2018 MAR 19 AM 10: 25

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

To: All statutory defined agencies, citizens, officers, employees, individuals, persons and instrumentalities of the forum known as the "UNITED STATES" (sic) and the franchise of said instrumentality known as "THE STATE OF Florida _____"(sic), greetings.

Subj: <u>Cancellatura of Foreign Instruments</u>

8:18cv653 T 23 MAP

Comes Now, a Private Believer, herein known as the Demandant, Me, My, Myself or I, grateful to YAHOVAH, praises be to Almighty God, for My Liberty, and humbly Extend Greetings and Salutations to you from YAHSHUA the Messiah, and Myself by visitation ONLY, to exercise Ministerial Powers in this matter, as a Sovereign in My own right and tolerant of the American flag of peace and the Florida _____ flag of peace, both being flown ONLY as banners, never handing over any of My unalienable rights to anybody or anything, exercising Ministerial powers in this matter and all matters connected with your papers and to return your papers (if any), **which were received, but not accepted.**

*This* document will serve as My lawful notice of My political decision to live within the Common Law, to pose no threat to the "UNITED STATES" (sic) or it's instrumentalities, as **I am not a terrorist**, and to stay neutral with the organic Republic (asylum republic). Furthermore, this document is your Notice of the document entitled <u>Cancellatura of Foreign Instruments</u>, a copy of which is enclosed for your information, which has been served on the Secretary of the Treasury of the "UNITED STATES" (sic), one Steven Mnuchin _____.

Additionally, *this* document is My Demand upon you and the statutory instrumentality you are a part of to Cancel any foreign counterfeit instrument assigned to Me by your agency, as identified at the bottom of this notice, and to Cancel any debt, proceeding, cause, judgment, lien, warrant, garnishment or other statutory remedy which you may have knowledge of or be involved in which I was quasi in rem. To proceed against Me in the face of this notice is to invade my unalienable Sovereignty. I would remind statutory Judges of the oath they took not to strike against Me, as I have made My political decision, which is not subject to debate, and made public to the whole world.

Service of Process was made for the Demandant by (United States Postal Service) Request for Return Receipt on (United States Postal Service) (Certified) Mail No. (P_____) (contract) as displayed on the __23rd__ day of the __October__ month in the year of Our Saviour Christ the Messiah, nineteen-hundred ninety-_____ in the third century of the divinely ordained Independence of America.

My Word is My Bond          L.S.          _____, sui juris (Seal)
                                            Sign Manual

Statutory Instrumentality: S.S. Number ███████-0595
Attachment: Writ of Prohibition, Writ of Mandamus, Writ of Execution
Re - Foreign Counterfeit Instrument: Birth Certificate, Driver License an Any Unknown Documents

Respond to: (name) **Quentin I. Bessent**   Receipt
(legal maildrop): **5009 Lee Ave**   &
**Ona Florida**   Seal
**33865**   Here

FILED
2018 MAR 19  AM 10: 25
CLERK, US DISTRICT COURT
DISTRICT OF FLORIDA
TAMPA, FLORIDA

(United States Postal Service)

the **Florida** republic
Our one Supreme Court
Common Law venue; Original and Exclusive Jurisdiction
a superior court sitting with the power of a circuit and UNITED STATES District Court
for the people in and for **Hardee** county, **Florida** republic
united States of America

(name):
**Quentin I. Bessent**, sui juris )
  Demandant,           (
                      )   Case No.: **8:18cv653T23 MAP**
                      (
  against,             )   Nunc Pro Tunc
                      (
**Steven Mnuchin**, the current )
Secretary of the Treasury of the   (   Cancellatura of Foreign Instruments
UNITED STATES (sic), located at )
1500 Pennsylvania Avenue, North (          Part One
West, Washington (D.C.),(20220) )
  Defendant            (   Dated this **23rd** day of the **October**
                      )   month in the year of Our Saviour Christ, the
                          Messiah, ~~nineteen-hundred ninety-~~ **2017**

## Cancellatura of Foreign Instruments

By **Quentin I. Bessent** sui juris:

In the matter of : The "Security", also known as the birth certificate; Trust number, (S/S # here), account number, (# on the B/C), voting trust certificate, (commercial papers) all certificates of titles, deeds of trust, licenses, all political ties pursuant to the Notice and Demand of Sovereign Standing, and/or Positive Identification of Sovereign Citizen, and/or Voter Information Affidavit, recorded in **Hardee** county, with proofs of publication.

To All and Sundry Whom These Presents Do or May Concern:

INTRODUCTION

This is Part One of a Cancellatura of Foreign Instruments issued pursuant to Common

Page one of ten

Law rules, and 13 Am Jur 2d*6 applicable to such cases, against STEVEN MNUCHIN Secretary of the Treasury of the UNITED STATES (sic), located at 1500 Pennsylvania Avenue, North West, Washington (D. C.), (20220), because the said UNITED STATES (sic), and the instrumentality franchise of the UNITED STATES known as "THE STATE OF FLORIDA " (sic) is imposing provisions of a contract shocking to the conscience and contrary to public morals.

Part One of this matter shall be known as Cancellatura of Foreign Instruments and contains the following documents titled: I. Cancellatura of Foreign Instruments; and, II. Verification.

## Chapter One

Return of Papers and Averments

Please find enclosed the following items:

One . . . The birth certificate, and social security application and/ or card along with all other papers to be returned to the instrumentality of the UNITED STATES (sic). These foreign instruments *are refused for cause without dishonor and without recourse to Me*, and are returned, herewith, because they are irregular and unauthorized, based upon the following to wit (at My Marks):

   Two . . . A Writ of Prohibition to prevent you and your agents from visiting harm upon
         Me; and,

   Three . . . A Writ of Mandamus, to compel you and your agents to honor this demand;
         and,

   Four . . . A Writ of Execution ordering the statutory defined entities of the UNITED
   STATES (sic) and it's instrumentality's to perform as Demandant has demanded.

Comes Now, a Private Believer, herein known as the Demandant, Me, My or Myself, grateful to YAHOVAH, praises be to Almighty God, for My Liberty, and humbly Extend Greetings and Salutations to you from YAHSHUA the Messiah, and Myself by visitation ONLY, to exercise Ministerial Powers in this matter, as a Sovereign in My own right and tolerant of the American flag of peace and the FLORIDA flag of peace, both being flown ONLY as banners, never handing over any of My unalienable rights to anyone or anything, exercising Ministerial powers in this matters and all matters connected with your papers, to return your papers, which papers were received, but not accepted.

## Mark My Words:

### First:

Mark: Your papers do not have upon their face My full Believer Appellation in upper and lower case letters, nor, do the additions in the compilation upon the items, herewith returned, apply to Me as My Christian Appellation is not spelled (QUENTIN IZEL BESSENT, or any contraction thereof); and

### Second:

Mark: The Demandant believes by any law, a woman who has just survived labor and has expelled a newborn baby infant from her womb is not a competent informant, nor would she agree to sign as an informant if she knew what the word legally meant; and,

### Third:

Mark: _____, (M.D.) and _____(Clerk or Local Registrar) did not have the Power of Attorney to deliver Me unto any instrumentality of the UNITED STATES (sic) nor to create a mortgaged property (chattel paper) with My Christian Appellation attached thereto; and,

### Fourth:

Mark: It was never My will to contract for any obligations which are exclusive to the UNITED STATES (sic), or any of it's instrumentalities for a mere compelled benefit of limited or implied liability; and,

### Fifth:

Mark: The Vital Statistics Registrar of _HARDEE_ county, of THE STATE OF _FLORIDA_ (sic), fraudulently converted said alleged property (birth certificate) into a security instrument without My knowledge and/or authority; and,

### Sixth:

Mark: The Secretary of State of THE STATE OF _FLORIDA_ (sic), without My authority, knowledge or consent, accepted said security instrument and issued it to the Secretary of the Treasury for the UNITED STATES (sic) for funds and other benefits; and,

Page three of ten

Seventh:

Mark: The Secretary of the Treasury of the UNITED STATES (sic) never had the authority, knowledge or consent to subject My body/labor through the use of a "security" derived from bearing My Christian Appellation as payment or collateral to any foreign entity or bank for obligations exclusive to the foreign UNITED STATES (sic) (i.e. the fraudulent and devisive 'national debt'); and,

Eighth:

Mark: The Secretary of the Treasury of the UNITED STATES (sic) never had My authority, knowledge or consent to encumber My future death to the Federal Reserve Bank for payment of obligations which are exclusive to the UNITED STATES (sic), pursuant to (Title 31, section 3128); and,

Ninth:

Mark: The Secretary of the Treasury of the UNITED STATES (sic) never had the authority to subject Me to any "Ex-post Facto law" within the general or special admiralty venue or Jurisdiction or commerce exclusive to the UNITED STATES (sic) and foreign to the __FLORIDA__ republic's inhabitants who have Original and Exclusive venue in Common Law; and,

Tenth:

Mark: The Secretary of the Treasury of the UNITED STATES (sic) has a fiduciary obligation to inform Me of this ("TRUST" (sic)) derived by the use of My full Christian Appellation, and that this trust account number (S/S # here) would cause damage and injury to Rights given to Me by YAHOVAH, praises be to Almighty God, and secured by the lawful Constitution for these united States of America, said Constitution is not lawfully suspended; and,

Eleventh:

Mark: In My life, this (TRUST (sic)) has stripped Me of My Rights, Liberties and Inheritance given to Me by YAHOVAH, praises be to Almighty God, as well as My property, all gold and silver, My lawful character and the freedom to travel. It has made Me a debtor to foreign bankers, and taken My identity, subjected Me to threat, duress and coercion from notoriously armed and dangerous police officers and unlawful courts which are foreign to My Original and rightful venue; and,

### Twelfth:

**Mark:**   *This* foreign document, having shown sufficient supporting evidence of a craftily designed fraudulent scheme, which includes, fraudulent conversion, and having established clear and unmistakable grounds for estoppel by contract, meaning said alleged contractual obligations are being derived by means of fraud from My Christian Appellation, (CERTIFICATE OF LIVE BIRTH) whether or not said alleged contract is to be considered by any or all parties to be expressed or implied in it's creation, gratuitous or onerous in it's consideration, or consential or real in it's foundation, renders any and all contractual obligations to be **unconscionable and unenforceable; and,**

### Thirteenth:

**Mark:**   *This* foreign document, while rendering said alleged contract null and void ab initio, also renders any and all quasi in rem actions or foreign proceedings against My lawfully claimed inherent rights and venue in Common Law also to be null and void, thereby reestablishing on integro My domain on industria beyond the seas; and,

### Fourteenth:

**Mark:**   With the advent of maritime special admiralty/Owenism and military tribunal under legislative venue, the international bankers, through fraudulent liens of possassum and other means, against, that is, citizens, voters, residents, property, etcetera, have denied Our people YAHOVAH's, praises be to Almighty God, Law, making His people foreigners to Him, while they raped Our inheritance of its natural resources for payment on a usurious debt exclusive to the UNITED STATES (sic). We have allowed Ourselves to be used, raped, plundered pillaged, abused, defrauded, etcetera, for over two centuries now. We have become totally dependent on them, and have ignored the basic principals of YAHOVAH's (praises be to Almighty God) Law. With *this* document, foreign to the UNITED STATES (sic), Demandant is repenting. Therefore, Demandant is returning these papers to your for all the reasons of ; fraud in the factum, fraud in the inducement, fraus dans locum contractui, fraudulent misrepresentation, fraudulent conversion, fraudulent concealment, estoppel fraud, duress, coercion, mistake, fraud under bankruptcy, bankruptcy or other invalidating causes; and,

### Fifteenth:

**Mark:**   It sickens Me to think that man and men have turned to buying, selling, and investing in delivered newborn baby infants without the consent or knowledge of

the natural mother and father for payment on an alleged debt exclusive ONLY to the UNITED STATES(sic) by means of an invisible water mark imprinted on said "birth certificate", all in violation of God's law; and,

### Sixteenth:

**Mark:** Your statutory defined office and your attendant courts, it's officers, agents and employees exercise no authority, jurisdiction or venue over Me or My Private individual beliefs, as the Demandant ONLY recognize the Common Law as written for the constitutional _Florida_ republic, and will not, as a Sovereign, allow you or any other statutory defined entity to hold sway over Me, unless you are willing to come into My venue, which is the Common Law. Demandant currently inhabits the sovereign _Florida_ republic and respects the Common Law therein. Furthermore, being you and the agents who pander to in your official "office" are defined statutory ONLY, that fact alone makes you and those agents of the UNITED STATES (sic) foreign agents in My country, and subject to possible prosecution in My venue, that being _Florida_ Common Law; and,

### Seventeenth:

**Mark:** Finally, the Original organic Thirteenth Amendment to the Constitution for these united States of America clearly and strictly forbids Titles of Nobility and Honour be taken by any Citizen of the several states of the American union. Woe be unto any lawyer, counselor of the law, counsel to the law, judge, magistrate or justice of the peace who is a member of any association or "bar", whose membership is constructed, with title of nobility and without State-issued license, to hold power and/or force over the common and sovereign people of this country. For to do so forfeits their citizenship on this great land and makes them vulnerable to a host of liabilities, some of which may be felonious in nature. To proceed against this Cancellatura of Foreign Instruments in any venue other than the American common law is to proceed at one's own peril and risk! May YAHOVAH, praises be to Almighty God, have mercy on those who embark on such a journey of foolhardiness, guile, and fraud.

A sworn affidavit must be filed within ten days of the release of this cancellatura showing the reasons why this Cancellatura of Foreign Instruments mentioned above should not be imposed. Failure to respond in the time prescribed will render all foreign instruments defective.

This concludes Chapter One, "Mark My Words", some seventeen marks of damnation brought to your attention, which Demandant DEMANDS be corrected prior to any reply by you or your agents who operate within a statutory defined environment or corporation known as the UNITED STATES (sic) or THE STATE OF _Florida_ (sic).

# Chapter two:

Until this Conflict is resolved, Demandant DEMANDS you do the following, to wit:

### Firstly:

Cancel, delete and destroy My alleged Birth Certificate account number: _____
and issue an order from your office to all the other statutory defined instrumentalities of the UNITED STATES (sic) which may have an interest in these proceedings to likewise comply; and,

### Secondly:

Cancel, delete and destroy My alleged Social Security trust number: 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
and issue an order from your office to all the other statutory defined instrumentality's of the UNITED STATES (sic) which may have an interest in these proceedings to likewise comply; and,

### Thirdly:

That said process and verification by you and your "office" of the "Cancellation Notice" bear My full Christian Appellation in upper and lower case letters, and in addition, thereto, sui juris , and must be handled and personally served upon Me by the _HARDEE_ county Sheriff. Said process will be based on sworn Oath or Affirmation from two or more competent Witnesses. There is no need for any communication until lawful process is served. Demandant, a Private Christian upon the land, will henceforth maintain My Right of Privacy and exercise My Right of Avoidance and stand upon the grounds set forth above. My political decision has been made, and Demandant will stay neutral with the organic Republic (asylum republic). Demandant **IS NOT a terrorist**, nor does Demandant purposely pose any threat to any governments in your world. Demandant is simply taking back his unalienable rights given to Me by YAHOVAH, praises be to Almighty God, that were taken without his knowledge or consent when Demandant was a newborn baby infant, and now Demandant lives by "His Law".

The UNITED STATES (sic) and it's instrumentalities have lost the right to impose any of man's statutes, ordinances, codes, regulations, military and charitable trust laws, uniform commercial codes, violations, public policy infractions, orders, emergency war powers, Executive Orders, or House Resolutions, for this disgustingly heinous crime committed against Me privately and against YAHOVAH, praises be to Almighty God, the Father, when Demandant was just a few days old, and when My mother was incapacitated and in no condition to intentionally, knowingly, willingly or voluntarily enter into ANY contract, for the reason that she had just given birth to Me. And Demandant can assure you that his father would have killed the person or persons who sold his posterity into slavery, had he known of it before or after the fact.

# Chapter three:

Ordering Writs and Executions

Enclosed herein and attached herewith are the following documents;

~ Writ of Prohibition

~ Writ of Mandamus

~ Writ of Execution

These lawful documents constitute your directives to correct this abhorrent travesty upon My Sovereignty and the fraudulent selling of Me, by your predecessors, into slavery. This disgusting mystery ritual could ONLY have come from the corrupted vile heart of Lucifer himself, the Fallen Angel who revolted against YAHOVAH, praises be to Almighty God, the Father from whom all things come. Demandant can only pray that you see that to continue with this "plan", which is being executed by the decedents of Esau at the direction of the Prince of the Air, is going to end with the unholy participants being thrown *alive* into the Lake of Fire, there to remain in torment for all eternity. May God have mercy on your soul if you choose to ignore this command for you to perform in His sight.

**TAKE NOTICE THEREFORE**, Demandant is now making public My notice that Demandant will ONLY accept the Jurisdiction and venue of a properly constituted Common Law court convened in My county, and with a jury of My peers seated to hear My case, and only after proper service presented to Me by the __HARDEE__ county Sheriff's Office, an officer delegated authority in the Common Law venue by the __Florida__ Constitution; and,

All remittance of this instant matter should be marked with the Sheriff's case number, properly sealed and mailed to the following location:

__Quentin T. Bessent__, sui juris.
c/o: __5009 Lee Ave__
__Ona Florida__
__33865__

Page eight of ten

## PRAYER

Dear Heavenly Father, Our Creator, YAHOVAH, praises be to the Almighty God of Abraham, Isaac and Jacob...

Through the blood shed by Our Saviour, YAHSHUA, Christ the Messiah, who died for Our sins and for the sins of the whole world...

And by the power of His Holy Spirit, the Holy Ghost sent to comfort us...

...I humbly invoke this Holy Trinity and pray that You will allow no evil into My environment, or that of My family, or My friends or those that I know and love. Forgive Me, Father, for I have sinned in both Your sight and the sight of Man. I earnestly repent of My sins and pray that by the blood of your Christ, the Messiah, and by the power of your Holy Spirit I am forgiven. And, Father, I ask You to forgive those who intrude on My Privacy and trespass on My Faith in Your Word made Flesh through Christ the Messiah; for they know not what they do in risking your eternal damnation by raising your righteous anger and incurring your terrible Wrath which comes.

All these things I pray for in the Holy Names of God the Father, God the Son and God the Holy Spirit.   Amen!

Sealed by the voluntary act of My own hand on this _____23RD_____ day of the ___October___ month in the year of Our Saviour, YAHSHAU, Christ the Messiah, ~~nineteen-hundred ninety-~~2017, Anno Domini, in the third century of the divinely ordained Independence of America.

(seal)   **L. S.**

Demandant has the Honor of Being a Private Believer,   _____, sui juris,
and My Word is My Bond,                                                   Sign Manual.

Attachments:   Birth Certificate/security/account number (commercial papers),
Social Security Card/number/trust account number, and

~ Writ of Prohibition
~ Writ of Mandamus
~ Writ of Execution

Page nine of ten

# VERIFICATION

Respond to: Quentin I Bessent, sui juris,
c/o: 5009 Lee Ave
Ona Florida
33865

in and for __Hardee__ county, the __Florida__ republic

| | |
|---|---|
| Quentin I. Bessent, Sui Juris ) <br> Demandant ) <br> ) <br> ) <br> against ) <br> ) <br> ) <br> Steven Mnuchin the current Secretary of the ) <br> Treasury of the UNITED STATES (sic), located ) <br> at 1500 Pennsylvania Avenue, North West, ) <br> Washington, (D.C.), (20220) ) <br> ) <br> Respondent. ) <br> ) | Case No. _____ <br><br> Nunc Pro Tunc <br> Cancellatura of Foreign Instruments <br><br> Verification of Part One. <br><br><br> Dated this __23rd__ day of the __October__ month in year of Our Saviour Christ, the Messiah, Anno Domini, ~~nineteen-hundred ninety-~~ __2017__ |

## Verification.

In Witness, Whereof, knowing the law of bearing false witness before God and men Demandant solemnly affirms, that, Demandant having read the annexed Cancellatura of Foreign Instruments and knowing the contents thereof; that the same is true of My own knowledge, except as to the matters which are therein stated on My information or belief, and as to those matters, Demandant believes them to be true.

Dated this __23rd__ day of the __October__ month, Anno Domini, ~~nineteen-hundred and ninety-~~ __2017__, in the third century of the divinely ordained Independence of America.

                  (seal)    **L. S.**

Demandant has the Honor of Being a Private Believer,   _____, sui juris
and My Word is My Bond,                                        Sign Manual

Copy: One,  Sheriff's Office,
                 __Hardee__ county,
                 __Florida__ republic

the republic of **FLORIDA**
Our one supreme court
Common Law venue; Original and Exclusive Jurisdiction
a superior court sitting with the power of a circuit and UNITED STATES District Court
for the people in and for **HARDEE** county, **FLORIDA** republic
united States of America

People in and for united States of America ) 
ex rel **QUENTIN L. BESSENT**, ) "In Law"
Demandant, Plaintiff (
) Case # _____
against (
)
**STEVEN MNUCHIN** Secretary of the Treasury of the (
UNITED STATES, et al, and all of whom it ) Cancellatura of Foreign Instruments
may concern, (
Respondents, Defendants ) **Writ of Prohibition**

---

## Writ of Prohibition

We the people, by sole and Exclusive right to be a free and self governing republic, and in exercise of their Exclusive Jurisdiction to issue all necessary writs in aid of their respective Jurisdiction, hereby issue this writ for **STEVEN MNUCHIN**, Secretary of the Treasury of the inferior UNITED STATES (sic), to *cease and desist* in all actions, decrees, orders, judgements and/or proceedings with regard to the above named Demandant, Plaintiff as this case is **roes judicata**, by order of the court and filed with the clerk of the court and recorded in the Public Record of **HARDEE** county, **FLORIDA** republic;

*So agreed to and done* this **23RD** day of **OCTOBER** in the year of Our Saviour, YAHSHUA, Christ the Messiah, ~~nineteen hundred ninety-~~ **2017** n the third century of the divinely ordained Independence of America.

(seal) **L. S.**

Demandant has the Honor of Being a Private Believer, _____, sui juris
and My Word is My Bond.                                    Sign Manual.

Copy: One, clerk of the court

Page one of one

the __FLORIDA__ republic
Our one supreme court
Common Law venue; Original and Exclusive Jurisdiction
superior court sitting with the power of a circuit and UNITED STATES District Court
for the people in and for __HARDEE__ county, __FLORIDA__ republic
united States of America

| | |
|---|---|
| People in and for the united States of America ) <br> ex rel. __QUENTIN F. BESSENT__, sui juris ( <br> Demandant, Plaintiff ) <br> ( <br> vs. ) <br> ( <br> __STEVEN MNUCHIN__, Secretary of the Treasury of the ) <br> UNITED STATES (sic), et al., and all of whom ( <br> it may concern, ) <br> Respondents, Defendants ( <br> ) <br> ( <br> ) <br> ( | "In Law" <br><br> Case # _____ <br><br> Cancellatura of Foreign Instruments <br><br> **Common Law** <br> **Writ of Mandamus** <br> To compel the Secretary of the <br> Treasury of the UNITED STATES <br> (sic) to comply with Cancellatura of <br> Foreign Instruments. |

# Writ of Mandamus

This court has Original Jurisdiction under the above entitled heading (Common Law) and Demandant brings this action before the court for adjudication of a Common **Law Writ of Mandamus** and an order by the court directing any and all U. S. Marshals and the Sheriff of __HARDEE__ county and any and all other Sheriffs of the several counties in and for the united States of America to execute and seize immediately any and all property of Respondent(s), not to exceed one million (1,000,000) Silver Dollars, plus fees and costs, arising out of a certain Cancellatura of Foreign Instruments, should the Secretary of the Treasury of the UNITED STATES (sic) __STEVEN MNUCHIN__ choose to ignore, thwart or otherwise disobey the terms of said document.

Should said Secretary of the Treasury of the UNITED STATES (sic) choose not to comply with this **Writ of Mandamus**, the process before this court will be initiated to petition said court for the "writ", will then execute it, and begin the process to confiscate said Respondent's private property, first then on real property, sources of income, retirement funds, etcetera.

This **Writ of Mandamus** will be held incomplete and not executed, pending the performance of the Secretary of the Treasury on the said cancellatura. However, violation of the demand made by the Demandant upon the Respondent(s) will result in the immediate execution of this "writ".

*So agreed to and done* this \_\_\_\_**23RD**\_\_\_\_ day of \_\_\_**October**\_\_\_ in the year of Our Saviour, YAHSHUA, Christ the Messiah, ~~nineteen hundred ninety~~-**2017** in the third century of the divinely ordained Independence of America.

(seal) **L.S.**

Demandant has the Honor of Being a Private Believer       _____, sui juris
and My Word is My Bond,                                                             Sign Manual.

Copy: One, clerk of the court

the republic of _Florida_
Our one supreme court
Common Law venue; Original and Exclusive Jurisdiction
a superior court sitting with the power of a circuit and UNITED STATES District Court
for the people in and for _Hardee_ county, _Florida_ republic
united States of America

| | |
|---|---|
| People in and for united States of America<br>ex rel _Quentin I. Bessent_<br>Demandant, Plaintiff<br><br>against<br><br>All statutory Defined Instrumentalities of the<br>UNITED STATES, et al, and all of whom it<br>may concern,<br>Respondents, Defendants | "In Law"<br><br>Case # _____<br><br><br>Cancellatura of Foreign Instruments<br><br>**Common Law**<br>**Writ of Execution** |

## Writ of Execution

This court has Original Jurisdiction under the above entitled heading (Common Law) and Demandant brings this action before the court for adjudication of a Common Law **Writ of Execution** and an order by the court directing any and all U. S. Marshals and the Sheriff of _Hardee_ county and any and all other Sheriffs of the several counties in and for the united States of America to execute and seize immediately any and all property of Respondent(s), not to exceed one million (1,000,000) Silver Dollars, plus fees and costs, arising out of a certain Cancellatura of Foreign Instruments, should any statutory defined instrumentality of the UNITED STATES (sic) choose to ignore, thwart or otherwise disobey the terms of said document.

Should said statutory defined instrumentality(s) for the UNITED STATES (sic) choose not to comply with this **Writ of Execution**, the process before this court will be initiated to petition said court for the "writ", will then execute it, and begin the process to foreclose on said instrumentality's private property, first then real property, sources of income, retirement funds, etcetera.

This **Writ of Execution** will be held incomplete and not executed, pending the performance of the said instrumentality on the said cancellatura. However, violation of the demand made by the Demandant upon the Respondent(s) will result in the immediate execution of this "writ".

Page one of two

*So agreed to and done* this \_\_\_\_\_**23RD**\_\_\_\_\_ day of \_\_\_**OCTOBER**\_\_\_ in the year of Our Saviour, YAHSHUA, Christ the Messiah, ~~nineteen hundred ninety~~- **2017** in the third century of the divinely ordained Independence of America.

(seal)  **L.S.**

Demandant has the Honor of Being a Private Believer, _____, sui juris
and My Word is My Bond,                                              Sign Manual.

Copy: One, clerk of the court

Page two of two

# PROOF OF SERVICE

Service of Process was made for the Demandant by United States Postal Service Request for Return Receipt on United States Postal Service Certified Mail No. _____ contract (as displayed), dated as mailed to the Respondent, STEVEN MNUCHIN, on the _____ day of _____ month in the year of Our Saviour Christ, the Messiah, nineteen-hundred ninety-_____ in the third century of the divinely ordained Independence of America.

         (seal)    **L.S.**

I have the Honor of Being a Private Believer,       _____ sui juris
and My Word is My Bond                                 Sign Manual.

Correspond To: QUENTIN I BESSENT, sui juris
c/o: 5009 LEE AVE
ONA FLORIDA
33865

Partial list of other statutory defined entities/persons/individuals noticed of this action by the United States Postal Service (a common statutory contract company - not part of the UNITED STATES (sic) government ), Certified Mail with Return Receipt Requested:

Governor of THE STATE OF FLORIDA (sic).
Secretary of State of the UNITED STATES (sic).
Secretary of State of THE STATE OF FLORIDA (sic).
Attorney General of the UNITED STATES (sic).
Attorney General of THE STATE OF FLORIDA (sic).
UNITED STATES (sic) Attorney of the _____ District of FLORIDA,
Chief Judge of the UNITED STATES DISTRICT COURT of the _____ District of FLORIDA,
District Director, Internal Revenue Service of Puerto Rico, SOUTHERN Division.
Director, _____ DEPARTMENT OF PUBLIC SAFETY, HARDEE, FLORIDA,
Chief of Police of the HARDEE County Municipal Police Department.
Registrar, Bureau of Vital Statistics, HARDEE County

    . . . and any other statutory defined entity of the UNITED STATES (sic), or it's instrumentalities, as they may be encountered.

Page one of one