UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

QUENTIN I. BESSENT,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　CASE NO. 8:18-cv-653-T-23MAP

STEVEN MNUCHIN, et al.,

    Defendants.
_____/

## ORDER

A March 21, 2018 order (Doc. 6) denies the plaintiff's motion (Doc. 5) to proceed *in forma pauperis* and orders the plaintiff to amend the complaint (Doc. 1) to comply with Rules 8 and 10, Federal Rules of Civil Procedure.[1] Suffering from the same deficiencies as the complaint, the amended complaint (Doc. 9) fails to allege any distinct and ascertainable claim for relief.[2]

---

[1] "Because [the plaintiff's] complaint fails to state a claim . . . Plaintiff is directed to file an amended complaint." (Doc. 6 at 2) The March 21 order holds that the "[p]laintiff's complaint is not a complaint at all but a 'Notice and Demand of Sovereign Standing' that purports to cancel 'any foreign instrument assigned to Me by your agency, as identified at the bottom of this notice, and to Cancel any debt, proceeding, cause, judgment, lien, warrant, garnishment or other statutory remedy which you may have knowledge of or be involved in which I was quasi in rem.'" (Doc. 6 at 2) The "[p]laintiff does not state a cause of action or cite to legal authority other than to emphasize that the laws of the United States no longer apply to him." (Doc. 6 at 2)

[2] Under the heading "Claim," the plaintiff states that "I come in propria persona seeking a fair constitutional proceeding not a act of fraud. . . . Notice and demand of sovereign standing with the attached writ of execution, writ of prohibition, writ of mandamus and cancellation of foreign instruments. Native of the land! These findings have clearly stated my claim and intentions to my birth rights and the constitutional contract that exist between me and the republic. . . . My freeman Qadir Abbas Salem Bey." (Doc. 9 at 3)

Another example of the legally insufficient and otherwise incoherent papers[3] sometimes submitted by persons to impede, insult, or otherwise burden the operation of the United States in general and the judiciary in particular, *see*, *e.g.*, *Trevino v. Florida*, 687 Fed.Appx. 861 (11th Cir. 2017) (and cases cited), this action is **DISMISSED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on April 4, 2018.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[3] The complaint alleges, "I declare my right to request my freedom from the fraud by birth rights granted to me by United States Republic Constitution, Florida Republic Constitution, The Barbaray Treaties 1786–1816 and Peace and Friendship Treaty with Morocco June 28 and July 15, 1786."